```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/23/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALL GLASS S.R.L.,

                Plaintiff,

-against-

ARGLASS YAMAMURA SE, LLC,

                Defendant.

1:22-cv-7863 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    Due to the filing of an Amended Answer, the Status Conference scheduled for March 1, 2023 is hereby adjourned to April 5, 2023 at 10:30 AM.

**SO ORDERED.**

**Date: February 23, 2023**
**New York, NY**

                                                  _____
                                                  **MARY KAY VYSKOCIL**
                                                  **United States District Judge**